UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DESIETA DIVINO, et al., | ) | Case No.: C 09-193 PVT |
| Plaintiffs, | ) ) | **ORDER DENYING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING** |
| v. | ) ) | |
| LEHMAN BROTHERS BANK, FSB, et al., | ) ) | |
| Defendants. | ) ) | |

Defendants Lehman Brothers Bank, FSB, Aurora Loan Services and Mortgage Electronic Registration Systems, Inc. request to appear telephonically at a hearing to be held on April 14, 2009 at 10AM. (collectively "defendants"). Defendants state that "[they] have been burdened by Plaintiffs' tactics." However, the courtroom is not equipped to accommodate extensive oral arguments by telephone. Accordingly, defendants' request is denied.

Dated:    April 10, 2009

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*