UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DESIETA DIVINO and BENJAMIN DIVINO, | ) ) ) | Case No.: C 09-00193 PVT |
| Plaintiffs, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| LEHMAN BROTHER BANK, FSB, ET AL., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On April 13, 2009, the court granted defendants' motion to dismiss the first amended complaint with leave to amend. ("April 13, 2009 Order"). Plaintiffs Desieta and Benjamin Divino were ordered to file a second amended complaint no later than April 24, 2009. (collectively "plaintiffs"). To date, a second amended complaint has not been filed and plaintiffs have proffered no explanation whatsoever. Accordingly,

IT IS HEREBY ORDERED that no later than May 8, 2009, plaintiffs shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1] *See,*

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.

1 | FED.R.CIV.P. 41(b).

2 | Dated: April 29, 2009

3 | _____
PATRICIA V. TRUMBULL
4 | United States Magistrate Judge

ORDER, *page 2*